AO91 (Rev. 12/03)   Criminal Complaint                                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.

Olvin Elgardo SANTOS-Gutierrez  
A208 276 458  Honduras  
AKA Oldien Edgardo SANTOS-Gutierrez

**CRIMINAL COMPLAINT**

Case Number: 1:19-po-4896

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about October 29, 2019 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on October 29, 2019. The defendant is a citizen of Honduras who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on October 29, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Ramirez3, Jesus M.  Border Patrol Agent  
Signature of Complainant

Ramirez3, Jesus M.   Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 30, 2019                                                   at   Brownsville, Texas  
Date                                                                         City/State

Ignacio Torteya III          U.S. Magistrate Judge  
Name of Judge               Title of Judge                         Signature of Judge