United States District Court
Southern District of Texas
**ENTERED**
October 30, 2019
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

        Plaintiff

v.                      Case No.: 1:19–po–04896
                      Magistrate Judge Ignacio Torteya III

Olvin Elgardo Santos–Gutierrez

        Defendant

---

## JUDGMENT

On **10/30/19**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to 10 days confinement.

A $10.00 special assessment is imposed.

DONE at Brownsville, Texas, on **10/30/19**.

_____
Ignacio Torteya, III
United States Magistrate Judge

RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____

to _____

at _____, with a certified copy of the Judgment.

By: _____
Deputy U.S. Marshal